O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 05-1091-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | AMENDED REVOCATION ON SUPERVISED RELEASE AND JUDGMENT |
| DAVID WILLIAMS, | ) | |
| Defendant. | ) | |

On August 26, 2010, this matter came before the Court on a Petition for Violation of Supervised Release filed on February 9, 2006. The Government, Peter Baldwin, the defendant and his attorney, Nikoo N. Berenji, Deputy Federal Public Defender were present. The U.S. Probation Officer, Robert Chavez, was also present.

The defendant admitted allegations 1 through 5 in violation of the Petition for Violation of Supervised Release filed on February 9, 2006, and the Court found that the defendant was in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of May 15, 1996 .

On September 7, 2010, this matter came before the Court for sentencing on Petition for Violation of Supervised Release . The Government, Peter Baldwin, the defendant and

///
///
///

his attorney, Nikoo N. Bernji, Deputy Federal Public Defender were present. The United States Probation Officer, Robert Chavez, was also present.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked. The Court sentences the defendant to the custody of the Bureau of Prisons for 90 days. Upon release from imprisonment, the defendant shall be returned to supervised release for a period of 26 months, under the same terms and conditions as previously imposed, with the addition of a special condition requiring the defendant to participate in a residential drug treatment program for 6 months. If a space becomes available after a period of 60 days of imprisonment, the defendant shall be released to the custody of the United States Probation Officer to be placed in the residential drug treatment program. The defendant shall reside with his daughter upon discharge by the residential drug treatment program and the United States Probation Officer.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: September 7, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK OF COURT


By: __/S/_____
V.R. Vallery, Deputy Clerk

cc:   Bureau of Prisons
      U.S. Marshal
      U.S. Probation