FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

v.

DAVID WILLIAMS,

　　　　　　　Defendant.

Case No.: CR 05-01091-CAS

ORDER OF DETENTION

[Fed. R. Cim. P. 32.1(a)(6);
 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.　(√) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _absconding from supervision; unknown background information_

and/or

B.    ( ✓ ) The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to pose a danger to the safety of any
other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
finding is based on: ___Criminal record___

_____

_____

_____

        IT IS THEREFORE ORDERED that the defendant be detained pending the further
revocation proceedings.

Dated: _February 25, 2011

_____
ALICIA G. ROSENBERG
United States Magistrate Judge