

```
 1
 2
 3
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,    )   NO.: CR 05-01091-CAS
                                  )
12                                )   ORDER OF DETENTION AFTER HEARING
                     Plaintiff,   )     [Fed.R.Crim.P. 32.1(a)(6);
13                                )        18 U.S.C. 3143(a)]
              v.                  )
14                                )
     DAVID WILLIAMS,              )
15                                )
                                  )
16                   Defendant.   )
                                  )
17   _____ )
```

18      The defendant having been arrested in this district pursuant to
19 a warrant issued by the United States District Court for the Central
20 District of California for alleged violation of the terms and
21 conditions of his supervised release; and
22      The Court having conducted a detention hearing pursuant to
23 Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
24      The Court finds that:
25 A.   (X)  The defendant has not met his burden of establishing by
26           clear and convincing evidence that he is not likely to flee if
27
28

released under 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to proffer any evidence to meet his burden on this issue;

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to proffer any evidence to meet his burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: December 29, 2011

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE